# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Carole Ann Lee,** | Bankruptcy No. 16-18012 |
| Debtor. | Honorable Carol A. Doyle |

## COVER SHEET FOR FINAL FEE APPLICATION OF FACTORLAW FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | Law Offices of William J. Factor, Ltd. |
| Authorized to Provide Professional Services to: | Deborah Kanner Ebner, Chapter 7 Trustee for the estate of Carole Ann Lee |
| Date of Order Authorizing Employment: | August 3, 2016, retroactively as of July 26, 2016 |
| Period for Which Compensation is Sought: | July 27, 2016 – November 20, 2018 |
| Amount of Fees Sought: | $20,608.50 |
| Amount of Expense Reimbursement Sought: | $110.98 |
| This is an: | Final Application |

The aggregate amount of fees and expenses *awarded* to the Applicant to date for services rendered and expenses advanced previously is:  $0.00.

Dated: November 20, 2018

**FactorLaw**

By: */s/ Ariane Holtschlag*

{00128456}

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Carole Ann Lee,** | Bankruptcy No. 16-18012 |
| Debtor. | Honorable Carol A. Doyle |

## <u>NOTICE OF APPLICATION</u>

**Please take notice** that on **Wednesday, December 12, 2018, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 742 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the attached **Final Fee Application of FactorLaw** a copy of which is attached hereto and herewith served upon you.

Dated: November 20, 2018

**FactorLaw**

By: */s/ Ariane Holtschlag*
One of its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

{00128456}

## CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney, hereby certify that on November 20, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Application* and the accompanying *Final Fee Application of FactorLaw* be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by US Mail on all persons identified on the attached service list.

*/s/ Ariane Holtschlag*

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Joel P Fonferko** | ND-One@il.cslegal.com |
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com;<br>bharlow@wfactorlaw.com;<br>gsullivan@ecf.inforuptcy.com;<br>holtschlagar43923@notify.bestcase.com |
| **Deborah Kanner Ebner** | dkebner@debnertrustee.com;<br>dke@trustesolutions.net;<br>IL53@ecfcbis.com;<br>webmaster@debnertrustee.com;<br>lizd@deborahebnerlaw.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Ben L Schneider** | ben@windycitylawgroup.com;<br>mstone@windycitylawgroup.com;<br>ebrandes@windycitylawgroup.com |

**Non-Registrants**
(Service via US Mail)

*See attached service list.*

Carole Ann Lee
6601 W. Touhy Ave.
Niles, IL 60714-4515

Wells Fargo Bank, National Association as Tr
C/O Codilis & Associates, P.C.
15W030 North Frontage Rd.
Suite 100
Burr Ridge, IL 60527-6921

Ben L Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077-2568

Ashok D Sawlani, MD
7447 W Talcott Ave
Ste 318
Chicago, IL 60631-3714

Biorn Corporation
PO Box 464
Rockford, MN 55373-0464

Capital Management Services
698 1/2 S. Ogden Street
Buffalo, NY 14206-2317

Capital One
PO Box 70886
Charlotte, NC 28272-0886

Cci
Contract Callers I
Augusta, GA 30901

Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914-2393

Creditors Protection S
202 W State St Ste 300
Rockford, IL 61101-1116

Dvjahn Medical Supplies
1117 S Milwaukee Ave
Chicago, IL 60630

ER Solutions/Convergent Outsourcing, INC
Po Box 9004
Renton, WA 98057-9004

FIRST NATIONAL COLLECTION BUREAU
50 W LIBERTY ST
STE 250
RENO NV 89501-1973

Grant & Weber
Attn: Bankruptcy
26575 W. Agoura Rd.
Calabasas, CA 91302-1958

Grant & Weber, Inc.
861 Coronado Center Drive
Suite 211
Henderson, NV 89052-3992

Guardian Heating & Cooling
3916 N. Central Park Ave.
Chicago, IL 60618-4105

Ian Braunstein
20020 Western Ave.
Olympia Fields, IL 60461-1207

Illinois Collection Service/ICS
Illinois Collection Service
Po Box 1010
Tinley Park, IL 60477-9110

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0291

Illinois Department of Revenue Bankruptcy Se
PO Box 19035
Springfield, IL 62794-9035

Illinois Medicar
395 W. Lake Street
Elmhurst, IL 60126-1508

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding LLC
10497
Greenville, SC 29603

McCarthy Eye Center
7055 W. North Ave.
Oak Park, IL 60302-1015

McKesson Corporation
19 Mollison Way
Attn: Resurrection Health
Lewiston, ME 04240-5805

Med Business Bureau
Po Box 1219
Park Ridge, IL 60068-7219

Merchant's Credit Guide
223 W. Jackson
Chicago, IL 60606-6908

Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midwest Imaging Professionals
PO Box 3223831
Pittsburgh, PA 15250-0001

Mobilex
PO Box 17452
Baltimore, MD 21297-1452

NCNS
675 W North Ave
Ste 608
Melrose Park, IL 60160-1627

NW Neurosurgical Assoc
7447 W Talcott
Ste 340
Chicago, IL 60631-3714

NW Orthopedics/Sports Medicine
7447 W Talcott Ave
Ste 500
Chicago, IL 60631-3716

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826-2703

Orkin
7855 Gross Point Rd
STE G2
Skokie, IL 60077-2649

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Presence Health
621 17th St
Ste 1800
Denver, CO 80293-0621

Providian/Chase
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Purshotam D Sawlani MD
7447 W Talcott
Ste 304
Chicago, IL 60631-3714

RMC Cardiology
520 E 22nd St
Lombard, IL 60148-6110

Rehab. Assoc of the Midwest
909 E. Palatine Rd
Palatine, IL 60074-5551

Silver Script Insurance Company
PO Box 504849
Saint Louis, MO 63150-4849

Stobnicki MD/Avramov MD
7447 W Talcott Ave
Ste 427
Chicago, IL 60631-3715

The Homewood Group
1722 Ridge Road
Homewood, IL 60430-1833

Whitehall of Deerfield
300 Waukegan Rd
Deerfield, IL 60015-4908

William Daly
5648 W. Pensacola Ave.
Chicago, IL 60634-1827

Womens Health Assoc. Ltd.
7447 W. Taclcott Ave.
Chicago, IL 60631-3773

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Carole Ann Lee,** | Bankruptcy No. 16-18012 |
| Debtor. | Honorable Carol A. Doyle |

### FACTORLAW'S FINAL APPLICATION FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

Ariane Holtschlag and the Law Office of William J. Factor, Ltd. (collectively "***FactorLaw***"), counsel for Deborah Kanner Ebner, not individually but as the chapter 7 trustee (the "***Trustee***") of the bankruptcy estate (the "***Estate***") of Carole Ann Lee (the "***Debtor***"), hereby submits its final application (the "***Application***") pursuant to 11 U.S.C. §§ 330, 331, and 503(b)(2) seeking compensation of **$20,608.50** for legal services performed by FactorLaw during the period of July 27, 2016 through November 20, 2018 (the "***Application Period***") and **$110.98** in expenses incurred in connection with those services. In support of its Application, FactorLaw states as follows:

### JURISDICTION

1.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2.      Venue of the above-captioned case (the "***Case***") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A).

{00128456}                                          4

## BACKGROUND

4.     On May 31, 2016, (the "***Petition Date***") the Debtor filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "***Bankruptcy Code***"), thereby initiating the Case.

5.     Subsequent to the Petition Date, the Trustee was appointed as the interim case trustee. The Trustee now serves as permanent trustee and is charged with administering all property of the Estate.

6.     On August 3, 2016, the Court approved the Trustee's retention of FactorLaw effective retroactively as of July 26, 2016 to investigate certain assets of the Estate.

7.     Among the assets of the estate are certain claims that were brought out in a case in the Circuit Court of Cook County, captioned as *Carole Lee v. Claeys* et al. 12 L 8685.

8.     FactorLaw negotiated a settlement of the claims as well as resolution of all alleged liens against the recover.

9.     The Trustee filed a Motion to Settle Claims with Marissa and Christopher Claeys, which was granted by this Court on March 28, 2018.

10.     The settlement has now been fully consummated and the Trustee is preparing to file her final report.

## FEE APPLICATION

### I. Services performed.

11.     FactorLaw maintains contemporaneous written records of the time expended by its professionals.

12.     Such records for the Case, copies of which are grouped and attached hereto as **Exhibit 1**, set forth in detail: (a) the services rendered by FactorLaw (the "***Services***") on behalf of the Trustee, (b) the dates upon which such Services were rendered; (c) the amount of time spent on the Services; and (d) the professionals who performed the Services.

1.      *Summary of Services by professional.*

13.    FactorLaw spent a total of 66.4 hours at a cost of $20,608.50 in connection with this Case during the Application Period.

14.    A breakdown of the professionals providing Services is as follows:

| Professional | Title | Hourly Rate[1] | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 9.6 | $3,017.50 |
| Danielle Ranallo | Legal Assistant | $100 | 1.5 | $150.00 |
| Gabriel Hardy | Of Counsel | $330 | 26.7 | $8,811.00 |
| Jeffrey K. Paulsen | Partner | $350 | 1 | $350.00 |
| Julia D. Loper | Associate | $300 | 27.6 | $8,280.00 |
| | | **Totals:** | **66.4** | **$20,608.50** |

*A. Itemization of fees by category of Services rendered.*

15.    **Case Administration.**  FactorLaw spent a total of 17.4 hours at a cost of $5,091.50 on matters relating to case administration including filing and objection and briefing the claim of Ian Braunstein and preparing this fee application.

16.    A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 2.7 | $922.50 |

---

[1] In the ordinary course of FactorLaw's business and during the Application Period, the hourly rates of certain FactorLaw professionals have been increased. For each professional, all hourly rates applicable to the Application Period are listed herein.

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Danielle Ranallo | Legal Assistant | $100 | 1.5 | $150.00 |
| Gabriel Hardy | Of Counsel | $330 | 0.3 | $99.00 |
| Jeffrey K. Paulsen | Partner | $350 | 1 | $350.00 |
| Julia D. Loper | Associate | $300 | 11.9 | $3,570.00 |
| | | **Totals:** | **17.4** | **$5,091.50** |

17.   **Settlement.** FactorLaw spent a total of 49 hours at a cost of $15,517.00 on matters relating to negotiating and obtaining approval for the settlement with Marissa and Christopher Claeys and resolving all outstanding medical and professional liens against the recovery.

18.   A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 6.9 | $2,095.00 |
| Gabriel Hardy | Of Counsel | $330 | 26.4 | $8,712.00 |
| Julia D. Loper | Associate | $300 | 15.7 | $4,710.00 |
| | | **Totals:** | **49.0** | **$15,517.00** |

## II. Expenses

19.   FactorLaw incurred $110.98 in actual and necessary expenses related to this Case. A copy of the expense record is attached hereto as **Exhibit 2**.

20.    FactorLaw does not bill its clients or seek compensation in this Application for its overhead expenses. The expenses listed above are actual out of pocket costs advanced by FactorLaw.

### III. FactorLaw's retention was appropriate through the Application Period

21.    During the Application Period, no agreement or understanding exists between FactorLaw and any other person for the sharing of compensation received or to be received in connection with this Case.

22.    No compensation has been promised to FactorLaw other than as disclosed or approved by this Court. FactorLaw certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee.

23.    Finally, FactorLaw represents that it is and was through the Application Period a disinterested party and does not hold any relationship adverse to the Estate.

### BASIS FOR THE REQUESTED RELIEF

24.    Under Section 330(a)(1)(A), the Court may award a professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A). Section 330(a) further provides:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—(A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate

with the complexity, importance, and nature of the problem,
issue, or task addressed; and (E) whether the compensation is
reasonable, based on the customary compensation charged by
comparably skilled practitioners in cases other than cases
under this title.

*Id.* § 330(a)(3).

25.   In determining the "extent and value of compensation," the
Seventh Circuit endorses the "'lodestar' approach—multiplying the number
of actual and necessary hours reasonably expended by a reasonable hourly
rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987)
(Schmetterer, J.); *accord In re UNR Indus.*, 986 F.2d 207, 210-11 (7th Cir.
1993) (lodestar approach provides fair compensation under Section 330); *see
also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar'
figure has, as its name suggests, become the guiding light of our fee-
shifting jurisprudence. We have established a 'strong presumption' that the
lodestar represents the 'reasonable' fee[.]").

26.   The Seventh Circuit has mandated that an "attorney's actual
billing rate … is considered to be the presumptive market rate." *Small*, 264
F.3d at 707. Moreover, "[t]he lawyer's regular rate is strongly presumed to
be the market rate for his or his services." *Moriarty v. Svec*, 233 F.3d 955,
965 (7th Cir. 2000) (emphasis added), cert. denied, 532 U.S. 1066 (2001).

27.   Additionally, under generally accepted standards, if the services
of an attorney employed under Section 327 are reasonably likely to benefit
the estate, they should be compensable. *See Andrews & Kurth LLP v.
Family Snacks, Inc. (In re Pro-Snax Distributors, Inc.)*,157 F.3d 414, 421
(5th Cir. 1998); *In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996);
2 Lawrence P. King, Collier on Bankruptcy ¶ 330.04 at 330-43 (15th ed.
rev. 1999); *cf.* 11 U.S.C. § 330(a)(4)(A)(ii)(I). In this same context,

"[n]ecessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998) (Barliant, J.).

The average hourly billing rate for the professionals who performed the Services—that is, the "lodestar" rate— is $310.37. This average rate is fair and reasonable in light of the services provided and the experience of FactorLaw's professionals. Moreover, the compensation requested by the FactorLaw is reasonable based upon the customary compensation charged by comparably skilled practitioners in either non-bankruptcy or bankruptcy cases.

**WHEREFORE**, FactorLaw respectfully requests that this Court enter an Order:

A. Allowing FactorLaw compensation for actual, necessary legal services in the amount of **$20,608.50**;

B. Authorizing reimbursement of FactorLaw for actual and necessary expenses in the amount of **$110.98**;

C. Authorizing the Trustee to pay FactorLaw the allowed compensation and reimbursement of expenses in the total amount of **$20,719.48**; and

D. Granting such other relief as the Court deems just and equitable.

Dated: November 20, 2018          **FactorLaw**

By: */s/ Ariane Holtschlag*
One of Its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:      (312) 878-4830
Fax:      (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

# Exhibit 1

| Case Administration | | | | |
| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 8/17/2016 | AH | 0.1 | $275.00 | $27.50 | Call from C. Lee. |
| 4/25/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 8/8/2017 | AH | 0.1 | $325.00 | $32.50 | Call to B. Schneider regarding alleged lien of I. Braunstein. |
| 8/8/2017 | AH | 0.2 | $325.00 | $65.00 | Discuss alleged lien of I. Braunstein with G. Hardy. |
| 8/9/2017 | AH | 0.3 | $325.00 | $97.50 | Correspond with S. Lorber regarding claim issues. |
| 8/28/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 10/24/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 2/1/2018 | JDL | 1.2 | $300.00 | $360.00 | Draft objection to Claim 2 of Ian Braunstein. |
| 2/2/2018 | JDL | 3.8 | $300.00 | $1,140.00 | Continue drafting Objection to Claim 2 (2.5). Investigate underlying liens and public records as to adverse interests (.9). Prepare exhbiits to Objection (.3). Email to D. Ebner regarding review of same (.1). |
| 3/7/2018 | JDL | 1.0 | $300.00 | $300.00 | Appear in court on Trustee's Objection to Claim 2 of I. Braunstein. (.8). Discussion with G. Hardy regarding validity of claim for advancing litigation expenses (.1). Email to D. Ebner regarding status of same (.1). |
| 3/8/2018 | JDL | 0.1 | $300.00 | $30.00 | Discussion with D. Ebner regarding claim objection. |
| 4/5/2018 | JDL | 0.2 | $300.00 | $60.00 | Emails from W. Factor and A. Holtschlag regarding I. Braunstein (.1). Email to D. Ebner regarding same (.1). |
| 4/17/2018 | JKP | 0.3 | $350.00 | $105.00 | Prepare for hearing on creditor's pro se motion to extend time. |
| 4/17/2018 | JKP | 0.3 | $350.00 | $105.00 | Meet with J. Loper to prepare for tomorrow's hearing on creditor's motion to extend time to respond to claim objection. |
| 4/17/2018 | JDL | 0.3 | $300.00 | $90.00 | Discussion with J. Paulsen regarding hearing on Motion to Extend. (.2). Email to J. Paulsen regarding same (.1). |

| | | | | | |
|---|---|---|---|---|---|
| 4/18/2018 | JKP | 0.4 | $350.00 | $140.00 | Attend hearing on creditor's motion to extend time to respond to claim objection. |
| 4/18/2018 | JDL | 0.2 | $300.00 | $60.00 | Discussion with J. Paulsen regarding new briefing schedule on Objection to Claim. (.1). Email to D. Ebner with status of same (.1). |
| 5/3/2018 | JDL | 0.5 | $300.00 | $150.00 | Email from D. Ebner regarding I. Braunstein filed response (.1). Initial review of response (.4). |
| 5/15/2018 | JDL | 1.5 | $300.00 | $450.00 | Draft reply to Braunstein response to Objection to Claim 2. |
| 5/16/2018 | DR | 0.1 | $100.00 | $10.00 | Update notice of filing Reply to Ian Braunsteins Response to Objection to Claim 2 filed by Ian Braunstein and certificate of service. |
| 5/16/2018 | JDL | 1.1 | $300.00 | $330.00 | Finalize reply to response to Objection to Claim 2 (.8). Email to D. Ebner regarding same (.1). Discussion with D. Ranallo regarding filing and service of same (.1). Email to D. Ebner regarding status of settlement and receipt of proceeds (.1). |
| 6/6/2018 | JDL | 0.6 | $300.00 | $180.00 | Discussion with D. Ebner regarding case closing. |
| 6/6/2018 | JDL | 1.4 | $300.00 | $420.00 | Prepare for hearing on objection to I. Braunstein claim (.4). Appear in court on hearing on claim objection (1.0) |
| 11/16/2018 | AH | 0.4 | $350.00 | $140.00 | Begin editing time detail for fee application. |
| 11/16/2018 | AH | 1.2 | $350.00 | $420.00 | Continue editing time detail for fee application. |
| 11/19/2018 | DR | 1.0 | $100.00 | $100.00 | Draft FactorLaw's first and final fee application. |
| 11/20/2018 | AH | 0.4 | $350.00 | $140.00 | Review and revise FactorLaw's first and final fee application. |
| 11/20/2018 | DR | 0.4 | $100.00 | $40.00 | Finalize and file FactorLaw's first and final fee application. |
| | | 17.4 | | $5,091.50 | |

Category subtotal by professional:

| | | |
|---|---|---|
| AH | 2.7 | $922.50 |
| DR | 1.5 | $150.00 |
| GH | 0.3 | $99.00 |
| JDL | 11.9 | $3,570.00 |
| JKP | 1.0 | $350.00 |
| | 17.4 | $5,091.50 |

| Settlement Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 7/27/2016 | AH | 0.4 | $275.00 | $110.00 | Call with J. Meares regarding settlement and confirmation correspondence. |
| 7/27/2016 | AH | 0.3 | $275.00 | $82.50 | Call with W. Rhine regarding settlement offer and any liens. |
| 7/27/2016 | AH | 0.4 | $275.00 | $110.00 | Call with D. Rathbun regarding medicare lien. |
| 7/27/2016 | AH | 0.3 | $275.00 | $82.50 | Call with J. Zanzola regarding medicare lien. |
| 7/27/2016 | AH | 0.2 | $275.00 | $55.00 | Follow up correspondence with W. Rhine regarding outstanding liens. |
| 8/2/2016 | AH | 0.2 | $275.00 | $55.00 | Call with J. Mease regarding settlement. |
| 10/5/2016 | AH | 0.2 | $275.00 | $55.00 | Christopher and Melissa Hayes, call from attorney regarding settlement. |
| 12/12/2016 | AH | 0.3 | $275.00 | $82.50 | Call with D. Ebner regarding status of health care liens (.2); Call with D. Ebner to W. Rhine regarding health care liens (.1). |
| 1/17/2017 | AH | 0.1 | $275.00 | $27.50 | Discuss status of medical liens with D. Ebner. |
| 1/26/2017 | GH | 0.9 | $330.00 | $297.00 | Confirm final expenses and claims against Lawsuit, possible homeowners insurance claims and HHS claims and prepare report detailing the same. |
| 1/26/2017 | GH | 0.3 | $330.00 | $99.00 | Follow-up with HHS on status of settlement.  Review with HHS attorney process to confirm HHS will still except settlement terms or whether lien has increased. Discussed options for completing settlement. |
| 3/9/2017 | AH | 0.4 | $275.00 | $110.00 | Correspond with G. Hardy regarding documentation of claim. |
| 3/17/2017 | GH | 1.8 | $330.00 | $594.00 | Obtain materials regarding PI claim and review state court file materials. |

| | | | | | |
|---|---|---|---|---|---|
| 3/20/2017 | GH | 0.3 | $330.00 | $99.00 | Review materials from HHS concerning Medicare client claims for over $100,000. |
| 3/20/2017 | GH | 0.3 | $330.00 | $99.00 | Correspondence with defense attorney concerning status on settlement and settlement documents. |
| 4/19/2017 | GH | 0.2 | $330.00 | $66.00 | Request updated HHS line documentation. |
| 4/21/2017 | GH | 1.3 | $330.00 | $429.00 | Review updated HHS documents and claims for reimbursement for medical care provided to Debtor from PI case. |
| 4/25/2017 | GH | 0.3 | $330.00 | $99.00 | Correspondence with HHS and discussions with HS attorney. |
| 4/25/2017 | GH | 0.4 | $330.00 | $132.00 | Prepare materials for meeting with HHS. |
| 4/28/2017 | AH | 0.2 | $275.00 | $55.00 | Correspond with G. Hardy regarding status. |
| 5/1/2017 | GH | 0.2 | $330.00 | $66.00 | Correspondence with former PI attorney for Debtor and make arrangements to receive full copy of the PI file. |
| 5/2/2017 | GH | 0.3 | $330.00 | $99.00 | Draft release for Trustee to sign for HHS to turn over updated payment claims. |
| 5/2/2017 | GH | 0.1 | $330.00 | $33.00 | All with attorney for HHS requesting updated HHS payment claim and lien. |
| 5/2/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 5/3/2017 | GH | 0.3 | $330.00 | $99.00 | Letter to HHS forwarding signed release for turnover of updated payment claim and lien info. |
| 5/3/2017 | AH | 0.3 | $275.00 | $82.50 | Correspond with S. Lorber and G. Hardy regading tax returns for C. Lee. |
| 5/4/2017 | GH | 1.3 | $330.00 | $429.00 | Research all claims against the lawsuit's proceeds, including attorney fees, costs, service providers, insurance payments, and follow-up to obtain copies of relevant documents for each claim. |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/5/2017 | GH | 0.9 | $330.00 | $297.00 | Follow-up with all the attorneys that previously represented the Debtor in the PI case and confirm lien amounts and costs. |
| 5/8/2017 | GH | 0.9 | $330.00 | $297.00 | Research and review litigation expenses in PI Case. |
| 5/8/2017 | GH | 3.2 | $330.00 | $1,056.00 | Receive updated HHS med pay claims and line documentation. Analyze HHS codes and compare with medical records and identify claims for reimbursement not related to PI case. |
| 5/15/2017 | GH | 0.1 | $330.00 | $33.00 | Correspondence with HHS attorney regarding claims to reduce HHS med pay claims. |
| 5/15/2017 | GH | 0.2 | $330.00 | $66.00 | Conference with attorney for HHS reviewing are claims that the HHS med pay claims are incorrect. |
| 5/19/2017 | GH | 0.2 | $330.00 | $66.00 | Follow-up with HHS attorney concerning claims HHS med  pay claims. |
| 5/19/2017 | GH | 0.8 | $330.00 | $264.00 | Review updated information regarding HHS med pay claim, reducing med pay claim to $61,600 and lien claim of $18,304. |
| 5/22/2017 | GH | 0.3 | $330.00 | $99.00 | Telephone call with prior PI attorney for Debtor, review attorney lien and expenses claims. |
| 5/22/2017 | GH | 0.2 | $330.00 | $66.00 | Conference with attorney for HHS updating my analysis of HHS med pay claims not related to PI case |
| 5/22/2017 | AH | 0.3 | $275.00 | $82.50 | Discuss attorney's liens with G. Hardy. |
| 5/24/2017 | GH | 0.1 | $330.00 | $33.00 | Telephone call with defense attorney in PI matter and discuss updates from HHS. |
| 5/24/2017 | GH | 0.2 | $330.00 | $66.00 | Telephone call with prior PI attorney regarding attorney liens. |
| 5/24/2017 | GH | 0.2 | $330.00 | $66.00 | Conference with HHS attorney discuss getting updated HHS med line claim from HHS. |
| 6/2/2017 | GH | 0.3 | $330.00 | $99.00 | Follow-up on finalized claims by prior PI attorneys fees and costs. |

| 6/2/2017 | GH | 0.1 | $330.00 | $33.00 | Telephone call will HHS attorney status on updated HHS claims. |
|---|---|---|---|---|---|
| 6/2/2017 | GH | 0.2 | $330.00 | $66.00 | Telephone calls with defense attorney, receive updated settlement materials. |
| 6/12/2017 | GH | 0.1 | $330.00 | $33.00 | Call with attorney for HHS on status of updated HHS med pay claims. |
| 6/12/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 6/21/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 6/21/2017 | GH | 0.2 | $330.00 | $66.00 | Conference with HS attorney status on updated HS med claim. |
| 6/23/2017 | GH | 0.1 | $330.00 | $33.00 | Call with attorney for HHS discuss settlement demand. |
| 6/23/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 6/23/2017 | GH | 0.6 | $330.00 | $198.00 | Draft formal settlement demand to HHS claiming HHS's med claim for $18,304 is incorrect and includes $16,464 of charges for med care unrelated to PI case.  Offer to settle all claims with HHS for $1839. |
| 7/3/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 7/7/2017 | GH | 0.1 | $330.00 | $33.00 | Correspondence from HHS attorney on status of HHS lien. |
| 7/13/2017 | GH | 0.1 | $330.00 | $33.00 | Correspondence from HHS attorney discussing timeline for HHS response. |
| 7/17/2017 | GH | 0.3 | $330.00 | $99.00 | Receive and review updated HHS med pay and lien demand.  Line reduced to $2330.41. |
| 7/31/2017 | GH | 0.4 | $330.00 | $132.00 | Review all outstanding lines and expensed for settlement documents. |
| 7/31/2017 | GH | 0.3 | $330.00 | $99.00 | Correspondence with PI attorney reviewing status of settlement and HHS lien. |
| 8/8/2017 | GH | 0.4 | $330.00 | $132.00 | Complete report to Trustee on settlement, HHS line and prior PI attorneys' lines and expenses. |
| 8/8/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 8/8/2017 | AH | 1.2 | $325.00 | $390.00 | Draft motion to approve settlement except lien informatoin. |

| | | | | | |
|---|---|---|---|---|---|
| 8/9/2017 | GH | 0.2 | $330.00 | $66.00 | Conference with defense attorney, review lines and settlement terms. |
| 8/9/2017 | AH | 0.3 | $325.00 | $97.50 | Correspond with G. Hardy regarding lien negotiations. |
| 8/10/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 8/10/2017 | AH | 0.1 | $325.00 | $32.50 | Correspond with G. Hardy regarding lien resolution. |
| 8/11/2017 | GH | 0.2 | $330.00 | $66.00 | Review claims by Ian Braunstein of a lien on PI settlement. |
| 8/14/2017 | AH | 0.1 | $325.00 | $32.50 | Follow up with G. Hardy regarding resolution and documetaion of medical liens. |
| 8/15/2017 | AH | 0.1 | $325.00 | $32.50 | Correspond with G. Hardy and S. Lorber regarding prior insurance payout for damage to property. |
| 8/16/2017 | GH | 0.1 | $330.00 | $33.00 | Correspondence with Defense attorney reviewing PI damages and claims for settlement documents. |
| 8/17/2017 | AH | 0.1 | $325.00 | $32.50 | Correspond with G. Hardy regarding lien resolution and settlement. |
| 8/23/2017 | AH | 0.1 | $325.00 | $32.50 | Correspond with G. Hardy regarding settlement and lien resolution. |
| 8/28/2017 | GH | 0.5 | $330.00 | $165.00 | Review defendants draft settlement documents.  Draft changes to settlement agreement. |
| 9/22/2017 | GH | 0.3 | $330.00 | $99.00 | Review updated settlement agreement. |
| 10/2/2017 | GH | 0.1 | $330.00 | $33.00 | Correspondence with defense attorney on status of settlement documents. |
| 10/3/2017 | GH | 0.1 | $330.00 | $33.00 | Call with HHS attorney to report status of settlement documents. |
| 10/5/2017 | GH | 0.1 | $330.00 | $33.00 | Correspondence with HS attorney on status of settlement. |
| 10/19/2017 | GH | 0.1 | $330.00 | $33.00 | Report to Trustee. |
| 10/23/2017 | GH | 0.1 | $330.00 | $33.00 | Follow-up with HHS on settlement status. |
| 11/5/2017 | GH | 0.1 | $330.00 | $33.00 | Correspondence from defense attorney discussing HHS lien. |

| | | | | | |
|---|---|---|---|---|---|
| 11/8/2017 | GH | 0.1 | $330.00 | $33.00 | Call with defense attorney discuss status of HHS providing updated lien documents. |
| 11/8/2017 | GH | 0.2 | $330.00 | $66.00 | Call with HHS attorney to report status of settlement documents and defendant's request for updated HHS lien confirmation. |
| 12/4/2017 | GH | 0.3 | $330.00 | $99.00 | Forward updated HHS documents to defendant and finalized settlement agreement. |
| 12/4/2017 | GH | 0.2 | $330.00 | $66.00 | Receive and review updated HHS med pay and lien demand. Lien confirmed to be $2330.41. |
| 12/28/2017 | GH | 0.1 | $330.00 | $33.00 | Follow-up with defense attorney on status of signed settlement agreements. |
| 1/12/2018 | GH | 0.2 | $330.00 | $66.00 | Receive and review updated settlement agreement from defendant. |
| 1/12/2018 | GH | 0.1 | $330.00 | $33.00 | Call to defense attorney status of defendant signing settlement agreement. |
| 1/12/2018 | GH | 0.1 | $330.00 | $33.00 | Call from HHS attorney on status of settlement. |
| 1/15/2018 | GH | 0.1 | $330.00 | $33.00 | Correspondence from Defenses attorney, defendant wants to modify the settlement agreement. |
| 1/18/2018 | GH | 0.1 | $330.00 | $33.00 | Call to defense attorney to discuss new settlement agreement. |
| 1/18/2018 | GH | 0.2 | $330.00 | $66.00 | Receive and review updated settlement agreement from defense attorney. |
| 1/23/2018 | GH | 0.4 | $330.00 | $132.00 | Review modified settlement agreement and prepare materials for motion to approve settlement, expenses, and fees. |
| 1/24/2018 | JDL | 1.0 | $300.00 | $300.00 | Review schedules and filed proofs of claims for information for settlement motion. |
| 1/25/2018 | AH | 0.6 | $350.00 | $210.00 | Meeting with G. Hardy and J. Loper regarding status and strategy. |
| 1/25/2018 | AH | 0.4 | $350.00 | $140.00 | Follow up on conference call. |

| 1/25/2018 | JDL | 0.8 | $300.00 | $240.00 | Conference with D. Ebner on issues with settlement, claims objections (.4). Conference with G. Hardy and A. Holtschlag on status of settlement and various outstanding claims (.4). |
| 1/26/2018 | GH | 0.3 | $330.00 | $99.00 | Modify settlement Agreement. Correspondence with Defense counsel reviewing proposed modifications to Settlement Agreement. |
| 1/30/2018 | JDL | 0.2 | $300.00 | $60.00 | Discussion with G. Hardy regarding status of conversations with Medicare regarding additional interest on settlement payment. |
| 2/16/2018 | JDL | 0.2 | $300.00 | $60.00 | Review updated settlement figure from Medicaid (.1). Discuss same with D. Ebner and G. Hardy (.1). |
| 2/22/2018 | JDL | 4.0 | $300.00 | $1,200.00 | Continue drafting Motion to approve settlement, employ and pay D. Petrich, pay lien claims and pay exemption and draft proposed order for same. (3.3) Telephone call to D. Petrich regarding requirements to be paid in bankruptcy case (.2) Draft Declaration of disinterestedness for D. Petrich employment (.5). |
| 2/23/2018 | JDL | 1.8 | $300.00 | $540.00 | Review and revise Motion to Settle Claims, employ and pay counsel and pay claims and prepare exhibits to motion. (1.7). Email to D. Ebner for approval of same (.1). |
| 3/2/2018 | JDL | 0.4 | $300.00 | $120.00 | Make final revisions to Motion to Settle PI Claims and related relief (.3). Direct D. Ranallo to file and serve same on all creditors (.1). |
| 3/9/2018 | JDL | 0.2 | $300.00 | $60.00 | Telephone call from K. Gorski regarding receipt of notice of Motion to Settle. |
| 3/12/2018 | JDL | 0.1 | $300.00 | $30.00 | Return call to T. McCarthy regarding Motion to Settle. |

| 3/14/2018 | JDL | 1.2 | $300.00 | $360.00 | Discussion with D. Ebner regarding motion to settle PI Claim (.1) Research litigation financing (.8). Review online case dockets regarding foreclosure case and PI case (.3). |
|---|---|---|---|---|---|
| 3/16/2018 | JDL | 0.2 | $300.00 | $60.00 | Return telephone call to T. McCarthy to answer questions about creditor notice on Settlement Motion. |
| 3/26/2018 | JDL | 1.8 | $300.00 | $540.00 | Review settlement documents and related pleadings regarding Sterling Insurance involvement (.3). Review Debtor's property information, rental income, foreclosure case status and claims against Property (1.5). |
| 3/28/2018 | JDL | 1.0 | $300.00 | $300.00 | Appear in court on Trustee's Motion to Settle PI Claim and related relief. |
| 4/2/2018 | JDL | 0.1 | $300.00 | $30.00 | Respond to email from D. Petrich regarding status of settlement. |
| 5/22/2018 | JDL | 0.2 | $300.00 | $60.00 | Discussion w/ G. Hardy regarding status of settlement payment (.1). Email to D. Ebner regarding same (.1). |
| 5/23/2018 | JDL | 0.5 | $300.00 | $150.00 | Email to G. Hardy regarding contact information for C. Lee (.1). Discussion with G. Hardy regarding signatures for settlement agreement (.3). Email to D. Ebner regarding same (.1). |
| 5/31/2018 | JDL | 0.2 | $300.00 | $60.00 | Discussion with D. Ebner regarding settlement documents, Medicare requirements. |

| 6/5/2018 | JDL | 1.1 | $300.00 | $330.00 | Telephone call from J. Rosenbaum regarding settlement documents (.2). Telephone call to D. Levar regarding settlement documents (.2). Discussion with D. Ranallo regarding transmission of documents (.1). Email to D. Ebner regarding status. (.1). Telephone call with D. Ebner regarding settlement (.3) Telephone call with D. Levar regarding coordinating with B. Schneider (.1). Email to B. Schneider regarding coordination for settlement documents (.2). |
| 6/25/2018 | JDL | 0.1 | $300.00 | $30.00 | Email to S. Rogers regarding communications from D. Levar. |
| 6/26/2018 | JDL | 0.2 | $300.00 | $60.00 | Telephone call from D. Levar regarding status of case. |
| 8/1/2018 | GH | 0.3 | $330.00 | $99.00 | Correspondence with defense attorney, attorney for medicare, and report to Trustee on status of finalizing settlement. |
| 8/6/2018 | JDL | 0.2 | $300.00 | $60.00 | Emails to and from D. Petrich regarding status of settlement distributions. |
| 8/6/2018 | JDL | 0.2 | $300.00 | $60.00 | Emails to G. Hardy regarding status of settlement. |
| 8/16/2018 | GH | 0.3 | $330.00 | $99.00 | Follow-up with medicare, discuss confirmation of final lien amount at time of expected settlement payment. |
| 10/1/2018 | GH | 0.1 | $330.00 | $33.00 | Correspondence with defense attorney, confirming matter is ready for closure. |
| 10/3/2018 | GH | 0.1 | $330.00 | $33.00 | Correspondence with Trustee finalizing details of settlement payment. |
| 10/29/2018 | GH | 0.2 | $330.00 | $66.00 | Confirm final lien amount for medicare has not changed. |
| 10/30/2018 | GH | 0.3 | $330.00 | $99.00 | Draft motion to dismiss state lawsuit. |

| 10/30/2018 | GH | 0.2 | $330.00 | $66.00 | Correspondence with defense attorney and attorney for medicare to confirm case ready for closure. |
|---|---|---|---|---|---|
| 11/1/2018 | AH | 0.3 | $350.00 | $105.00 | Correspond with D. Petrich regarding settlement proceeds (.1); correspond with D. Ebner regarding same (.1) and G. Hardy regarding same (.1). |
| 11/9/2018 | GH | 0.2 | $330.00 | $66.00 | Correspondence with defense counsel providing copy of dismissal order and requesting settlement check. Also correspondence with attorney for medicare on status of settlement. |
| 11/9/2018 | GH | 1.2 | $330.00 | $396.00 | Hearing on motion to dismiss state lawsuit (Motion granted). |
|  |  | 49.0 |  | $15,517.00 |  |

Category subtotal by professional:

| | AH | 6.9 | | $2,095.00 |
|---|---|---|---|---|
| | GH | 26.4 | | $8,712.00 |
| | JDL | 15.7 | | $4,710.00 |
| | | 49.0 | | $15,517.00 |

Overall Totals by Professional:

| | AH | 9.6 | | $3,017.50 |
|---|---|---|---|---|
| | DR | 1.5 | | $150.00 |
| | JDL | 27.6 | | $8,280.00 |
| | JKP | 1.0 | | $350.00 |
| | GH | 26.7 | | $8,811.00 |
| | | 66.4 | | $20,608.50 |

Overall Totals by Category:

| Case Administratio | 17.4 | | $5,091.50 |
|---|---|---|---|
| Settlement | 49.0 | | $15,517.00 |
| | 66.4 | | $20,608.50 |

# Exhibit 2

| Date | Explanation | Disbs |
|---|---|---|
| 3/5/2018 | Postage expense for serving motion to approve settlement | 75.02 |
| 3/8/2018 | Fee Cook County Recorder for release | 4.00 |
| 11/20/2018 | Service of FactorLaw's Final Fee Application | 31.96 |
| | | 110.98 |